1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Cassie R. Stratford, Esq.
   Nevada Bar No. 11288
3  SNELL & WILMER L.L.P.
4  3883 Howard Hughes Parkway
   Suite 1100
5  Las Vegas, NV  89169
   Telephone:  702.784.5200
6  Facsimile:   702.784.5252

7  *Attorneys for Defendant WELLS FARGO BANK, N.A.
   improperly named herein as AMERICA'S SERVICING*
8  *COMPANY*

9

10                 IN THE UNITED STATES DISTRICT COURT

11                        DISTRICT OF NEVADA

12

13  ALBERT KAHALEHOE & JESSICA         Case No. 2:09-cv-02368-KJD-RJJ
    KAHALEHOE,
14
                Plaintiff,
15
    vs.                                **STIPULATION AND ORDER TO**
16                                     **DISMISS CASE WITH PREJUDICE**
    WMC MORTGAGE CORPORATION,
17  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS;
18  AMERICA'S SERVICING COMPANY;
    NATIONAL DEFAULT SERVICING
19  CORPORATION; DOES I-V, inclusive;
    and ROE ENTITIES VI-X, inclusive,
20
                Defendants.
21

22      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Albert

23  Kahalehoe and Jessica Kahalehoe,  through counsel, Law Office of Thomas Stafford, Defendant

24  WMC Mortgage Corporation, through counsel, Jolley Urga Wirth Woodbury & Standish, and

25  Defendant Wells Fargo Bank, N.A., through counsel, Snell and Wilmer L.L.P.:

26  / / /

27  / / /

28  / / /

11635334.1

THAT the above-captioned case, all claims, causes of action and defenses between Plaintiffs and Defendants set forth in the pleadings be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 2nd day of August, 2010.

By: /s/Thomas Stafford
Thomas Stafford
Law Office of Thomas Stafford
333 N. Rancho Dr.
Las Vegas, NV 89106
702-647-2510
702-647-0012 (fax)
tstaflaws@aol.com
*Attorneys for Plaintiffs*

Dated this 2nd day of August, 2010.

By: /s/Mindy Fisher
Mindy Fisher
Martin Little
Jolley Urga Wirth Woodbury & Standish
3800 Howard Hughes Parkway
Las Vegas, NV 89169
702-699-7500
702-699-7555 (fax)
mcf@juww.com
mal@juww.com
*Attorneys for Defendants WMC Mortgage Corporation*

Dated this 2nd day of August, 2010.

By: [signature]
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant WELLS FARGO BANK, N.A. (improperly named herein as AMERICA'S SERVICING COMPANY)*

## ORDER

IT IS SO ORDERED that the above-captioned case and all claims, causes of action and defenses between Plaintiffs, Albert Kahalehoe and Jessica Kahalehoe, and Defendant WMC Mortgage Corporation, and Defendant Wells Fargo Bank, N.A., set forth in the pleadings, are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 2nd day of August 2010.

[signature]
UNITED STATES DISTRICT COURT JUDGE

11635334.1

- 2 -