# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT KAHALEHOE, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> WMC MORTGAGE CORPORATION, *et al.*, <br><br>    Defendants. | Case No. 2:09-CV-02368-KJD-RJJ <br><br> **ORDER** |

Presently before the Court is Defendant Wells Fargo's Motion to Release Lis Pendens (#24). Plaintiffs' action was dismissed based upon the parties' stipulation on August 2, 2010. Accordingly, the Court grants Defendant Wells Fargo's Motion to Release Lis Pendens (#24). The lis pendens recorded on August 3, 2009, in the real property records of Clark County, Nevada as book and instrument number 200908030000624 is hereby canceled, discharged and expunged.

**IT IS SO ORDERED.**

DATED this 13th day of October 2010.

_____
Kent J. Dawson
United States District Judge